## AFFIDAVIT

I, Detective Mike McClure, the undersigned affiant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

1. I have been a police officer with the Lee's Summit Missouri Police Department (LSPD) since 2012. I am currently assigned as a detective with the Jackson County Drug Task Force (JCDTF). In connection with my official duties, I have investigated criminal violations of the Controlled Substance Act as found in Titles 18 and 21 of the United States Codes.

2. The information contained in this Affidavit is based on my personal knowledge and observations, my training and experiences, and information provided to me by other law enforcement officers and individuals. Because this Affidavit is being submitted for the limit purpose of a criminal complaint, I have not included every fact known to me concerning this investigation.

3. The JCDTF, has initiated an investigation into drug sales in the Kansas City metro area. The JCDTF has identified VINOL WILSON (7-3-1974) as being a source of supply of MDMA/methamphetamine and cocaine in the investigation. He is being investigated for distribution and conspiracy to distribute methamphetamine. WILSON was located at 8507 Hillcrest Road, Kansas City, Missouri. Additionally, since 2022, WILSON has been an ongoing target of a dog fighting investigation by the United States Department of Agriculture (USDA.)

4. On May 16th, 2025, the Honorable W. Brian Gaddy, United States Magistrate Judge, Western District of Missouri, signed a warrant to search 8507 Hillcrest Rd, Kansas City,

Missouri for items related to firearms possession and the distribution/possession of controlled substances.

5. On May 20th, 2025, the search warrant was executed with the assistance of the Kansas City Police Department at 8507 Hillcrest Rd. Vinol WILSON, two other adults, and three children were located inside the residence. After the residence was secured, investigators began to conduct a search pursuant to the warrant.

6. While the above referenced search warrant was being executed, evidence of dog fighting to include scarred "pit bull" type dogs, areas with apparent blood and other dog related items were seen in plain view such that the USDA is seeking a separate search warrant to recover said evidence.

7. On May 20, 2025, inside the residence, investigators located a Stag Arms AR pistol, .556 caliber, Serial Number WOO55737 with a round in the chamber and 29 rounds in the magazine inside the master bedroom. Also located in the master bedroom was a wallet containing WILSON's driver's license and men's clothing indicative of dominion, custody, care and control of the master bedroom

8. Initial examination of the Stag Arms AR pistol indicated that it was manufactured outside of the State of Missouri in the State of Wyoming. Investigators are confirming this information with a Special Agent of the Burau of Alcohol Tobacco, Firearms and Explosives (ATF) who is trained as a Nexus examiner to further determine that the Stag Arms AR pistol, .556 caliber, Serial Number WOO55737 was manufactured outside of the State of Missouri, and therefore was impacted by interstate commerce prior to being recovered inside of the Western District of Missouri.

9. Investigators determined that WILSON is a prohibited person from being in possession of a firearm or ammunition in violation 18 U.S.C. §§ 922(g)(1) and 924(a)(8), having been convicted of the following felony offense:

    a. On July 21, 2010, WILSON pled guilty in the District of Kansas to Conspiracy to Manufacture and Possess with Intent to Distribute and to Distribute 50 Grams or More of Cocaine Base and Possession with Intent to Distribute and to Distribute 5 Kilograms or More of Cocaine, a Class A felony. On November 20, 2010, WILSON was sentenced to 121 months in the custody of the Federal Bureau of Prisons, in Case No. 07CR20168-007-JWL (D.KS.)

FURTHER AFFIANT SAYETH NAUGHT.

*Michael McClure*

Mike McClure
Detective
Jackson County Drug Task Force

Subscribed to and sworn to before me
Telephonically at 5:14 p.m.
this  20th  day of May 2025.

*Jill A. Morris*

HONORABLE JILL A. MORRIS
United States Magistrate Judge
Western District of Missouri